# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

23-145 C

Names: National Industries for the Blind; Assoc. for Visual Rehabilitation and Employment, Inc.; & National Assoc. for Employment of People Who Are Blind

Location of Plaintiff(s)/Petitioner(s) (city/state): Alexandria, VA (NIB and AVRE) & Binghamton, NY (NAEPB)

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Tracye Winfrey Howard
Firm Name: Wiley Rein LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: none
Street Address: 2050 M Street NW
City-State-ZIP: Washington, DC 20036
Telephone Number: (202) 719-7452
E-mail Address: twhoward@wiley.law

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes  ☐ No

Nature of Suit Code: 138
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: GSA
Number of Claims Involved: 1

Amount Claimed: $ 0
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ 0
Is plaintiff a small business? ☐ Yes ☑ No
Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☑ No    Solicitation No. 47QSCC23R0002
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? ☐ Yes ☑ No  If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.