# EXHIBIT C

FOIA: Commercial Platforms
AVRE AbilityOne and ETS Transactions - FY2022 Fourth Quarter

| Platform | Quantity | Part Number | NSN | Description | Manufacturer | Sale Type | NPA |
|---|---|---|---|---|---|---|---|
| AMAZON BUSINESS | 6 | B07CND5PZ5 | 7530-00-282-2507 | AbilityOne - File Folder - 1/3 Cut, 100 Folders, Letter Size, Manila 7530-00-282-2507 | N/A | A1 | Association for Vision Rehabilitation and Employment, Inc. |
| OVERSTOCK GOVERNMENT | 1 | 7530002815941 | 7530-00-281-5941 | SKILCRAFT Manila File Folder, Letter Size, Manila, 100/Box | UNKNOWN | A1 | Association for Vision Rehabilitation and Employment, Inc. |
| OVERSTOCK GOVERNMENT | 1 | 7530002910098 | 7530-00-291-0098 | SKILCRAFT Manila File Folder,Letter Size, Manila, 100/Box | UNKNOWN | A1 | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 8 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 4 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B0722L14L3 | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 8-1/2" x 11", Classic Manila, 1/3-Cut Tabs in Left, Right, Center Positions, 100 Per Box (65213) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B071HKSXW2 | 7520-01-661-5817 | Avery Binder Pockets, Assorted Colors, 8.5" x 11", Acid-Free, Durable, 15 Total Slash Jackets, 3 Packs (75254) | Avery Products Corporation | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B0792FVCRW | 7530-00-291-0098 | Business Source Straight Cut 1-ply Manila File Folders, Letter, 8 1/2" x 11" Sheet Size (43565) | SP Richards (Uno) | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 6 | B001GKJ6JY | 7530-01-562-3260 | Boise X-9 SPLOX Multi-Use Print & Copy Paper, Letter Size (8 1/2" x 11"), 92 (U.S.) Brightness, 20 Lb, White, Case Of | Boise Paper (PCA) | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| OVERSTOCK GOVERNMENT | 6 | HAM67780 | 7530-01-562-3260 | Hammermill 30% Recycled 8.5" x 11" Copy Paper, 2500 Sheets/Carton - 8.5" x 11" | UNKNOWN | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| OVERSTOCK GOVERNMENT | 2 | HAM67780 | 7530-01-562-3260 | Hammermill 30% Recycled 8.5" x 11" Copy Paper, 2500 Sheets/Carton - 8.5" x 11" | UNKNOWN | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B00006L385 | 7530-01-562-3260 | HP Printer Paper | 8.5 x 11 Paper | Office 20 lb | Quickpack Case - No Ream Wrap- 2,500 Sheets | 92 Bright | Made in USA - FSC Certified | 112103C | Sylvamo (Office) | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B009NKSNOI | 7530-01-562-3259 | Boise X-9 Multi-Use Print & Copy Paper, Letter Size (8 1/2" x 11"), 92 (U.S.) Brightness, 20 Lb, White, 500 Sheets Per | Boise Paper (PCA) | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000AN1Q46 | 7530-01-632-1017 | Pendaflex File Jackets, Letter Size, Manila, 2" Expansion, Reinforced Straight-Cut Tabs with Thumb Cut, 50 per Box (22200EE) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B000RNEFCY | 7530-00-291-0098 | Pendaflex 752 File Folders, Straight Cut, Top Tab, Letter, Manila (Box of 100) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B000RNEFCY | 7530-00-291-0098 | Pendaflex 752 File Folders, Straight Cut, Top Tab, Letter, Manila (Box of 100) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B000RNEFCY | 7530-00-291-0098 | Pendaflex 752 File Folders, Straight Cut, Top Tab, Letter, Manila (Box of 100) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000RNEFCY | 7530-00-291-0098 | Pendaflex 752 File Folders, Straight Cut, Top Tab, Letter, Manila (Box of 100) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B000AN1R9K | 7530-00-281-5945 | Pendaflex File Folders, Letter Size, Manila, 1/2 Cut, 100/BX (752 1/2) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B000AN1R9K | 7530-00-281-5945 | Pendaflex File Folders, Letter Size, Manila, 1/2 Cut, 100/BX (752 1/2) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B0006HXE1E | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, Manila, 1/3 Cut, 100/BX (752 1/3-2) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B000SAF07K | 7530-00-282-2507 | Pendaflex File Folders, Letter Size, 1/3 Cut, Manila, 100 per Box (752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B000AN1RS6 | 7530-01-583-0556 | Pendaflex Reinforced Tab File Folders, Letter Size, Manila, 1/3-Cut, 100 Per Box (R752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B000AN1RS6 | 7530-01-583-0556 | Pendaflex Reinforced Tab File Folders, Letter Size, Manila, 1/3-Cut, 100 Per Box (R752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B000AN1RS6 | 7530-01-583-0556 | Pendaflex Reinforced Tab File Folders, Letter Size, Manila, 1/3-Cut, 100 Per Box (R752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000AN1RS6 | 7530-01-583-0556 | Pendaflex Reinforced Tab File Folders, Letter Size, Manila, 1/3-Cut, 100 Per Box (R752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000AN1RS6 | 7530-01-583-0556 | Pendaflex Reinforced Tab File Folders, Letter Size, Manila, 1/3-Cut, 100 Per Box (R752 1/3) | LSC Communications US, LLC | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B0006BAG20 | 7530-01-583-0557 | Smead File Folder, Reinforced Straight-Cut Tab, Letter Size, Manila, 100 Per Box (10310) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B00006IF1B | 7530-00-282-2507 | Smead File Folder, 1/3-Cut Tab, Letter Size, Manila , Assorted Positions, 100 Per Box (10330) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 3 | B00006IF1B | 7530-00-282-2507 | Smead File Folder, 1/3-Cut Tab, Letter Size, Manila , Assorted Positions, 100 Per Box (10330) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B00006IF1B | 7530-00-282-2507 | Smead File Folder, 1/3-Cut Tab, Letter Size, Manila , Assorted Positions, 100 Per Box (10330) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B00006IF1B | 7530-00-282-2507 | Smead File Folder, 1/3-Cut Tab, Letter Size, Manila , Assorted Positions, 100 Per Box (10330) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B00006IF1B | 7530-00-282-2507 | Smead File Folder, 1/3-Cut Tab, Letter Size, Manila , Assorted Positions, 100 Per Box (10330) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000CD26AW | 7530-01-645-8093 | Smead File Folder, Reinforced 1/3-Cut Tab Left Position, Letter Size, Manila, 100 Per Box (10335) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B00006IF1I | 7530-00-281-5941 | Smead File Folder, 1/5-Cut Tab, Letter Size, Manila, 100 Per Box (10350) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000WKQVHY | 7530-01-583-0556 | Smead SuperTab File Folder, Oversized Reinforced 1/3-Cut Tab, Guide Height, Letter Size, Manila, 100 Per Box (10395) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 5 | B0056X9O1M | 7530-01-455-6059 | Smead File Folder, 1/3-cut Tab, Assorted Position, Letter Size, Manila, 24 Per Pack (11928) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B000XJSJ9C | 7530-00-282-2508 | Smead SuperTab File Folder, Oversized 1/3-Cut Tab, Legal Size, Manila, 100 Per Box (15301) | Smead Inc. | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 20 | B00006L35Q | 7530-01-562-3259 | Universal 11289  8.5 x 11 Plain Paper for Fax, Copier & Printer, 20 lb, 5/Ream, White | Universal | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 15 | B00006L35Q | 7530-01-562-3259 | Universal 11289  8.5 x 11 Plain Paper for Fax, Copier & Printer, 20 lb, 5/Ream, White | Universal | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B00006L35Q | 7530-01-562-3259 | Universal 11289  8.5 x 11 Plain Paper for Fax, Copier & Printer, 20 lb, 5/Ream, White | Universal | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B00006L35Q | 7530-01-562-3259 | Universal 11289  8.5 x 11 Plain Paper for Fax, Copier & Printer, 20 lb, 5/Ream, White | Pacific Star Corporation | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B001E67H3W | 7530-00-282-2507 | Universal 12113 File Folders, 1/3 Cut Assorted, One-Ply Top Tab, Letter, Manila (Box of 100) | Universal | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 1 | B001E67H3W | 7530-00-282-2507 | Universal 12113 File Folders, 1/3 Cut Assorted, One-Ply Top Tab, Letter, Manila (Box of 100) | Pacific Star Corporation | ETS | Association for Vision Rehabilitation and Employment, Inc. |
| AMAZON BUSINESS | 2 | B01FV0F5HG | 7530-01-562-3259 | Amazon Basics Multipurpose Copy Printer Paper, 8.5 x 11 Inch 20Lb Paper - 5 Ream Case (2,500 Sheets), 92 GE Bright White | Central National Gottesman|ST-3411887|D | ETS | Association for Vision Rehabilitation and Employment, Inc. |